CLOSED,MOTREF,Transferred_Out_District

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:23−cv−04258

| | |
|---|---|
| Ledge Lounger, Inc. v. Global Lift Corp. | Date Filed: 11/10/2023 |
| Assigned to: Judge George C Hanks, Jr | Date Terminated: 05/13/2024 |
| Cause: 15:1114 Trademark Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ledge Lounger, Inc.**      represented by      **Christian T Wolfgram**
Banner & Witcoff, LTD
Attorney
71 South Wacker Drive
Ste 3600
Chicago, IL 60606
312−463−5000
Fax: 312−463−5001
Email: cwolfgram@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

**Matthew P Becker**
Banner & Witcoff, Ltd.
71 S. Wacker Drive
Ste 3600
Chicago, IL 60606
312−463−5418
Fax: 312−463−5001
Email: mbecker@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

**Scott Allan Burow**
Banner & Witcoff, Ltd.
71 S. Wacker Dr.
Ste 3600
Chicago, IL 60606
312−463−5000
Email: sburow@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Global Lift Corp.**      represented by      **Thomas John Davis**
*doing business as*
Global Pool Products
Kienbaum Hardy Viviano Pelton & Forrest,
P.L.C.
280 N. Old Woodward Ave.
Ste. 400
Birmingham, MI 48009
248−645−0000

Email: tdavis@khvpf.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andy Wade Tindel**  
Mann, Tindel & Thompson Law Firm  
112 E Line St  
Ste 304  
Tyler, TX 75702  
903–596–0900  
Fax: 903–596–0909  
Email: atindel@andytindel.com  
*ATTORNEY TO BE NOTICED*

**Thomas E. Bejin**  
Bejin Bieneman PLC  
2000 Town Center  
Suite 800  
Southfield, MI 48075  
313–528–4882  
Fax: 313–528–6923  
Email: bejin@b2iplaw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2023 | Ï 1 | COMPLAINT against Global Lift Corp. (Filing fee $ 402 receipt number ATXSDC–30792529) filed by Ledge Lounger, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Burow, Scott) (Entered: 11/10/2023) |
| 11/10/2023 | Ï 2 | Request for Issuance of Summons as to Global Lift Corp., filed.(Burow, Scott) (Entered: 11/10/2023) |
| 11/10/2023 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by Ledge Lounger, Inc., filed.(Burow, Scott) (Entered: 11/10/2023) |
| 11/13/2023 | Ï 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/6/2024 at 09:00 AM by video before Magistrate Judge Andrew M Edison. (Signed by Judge George C Hanks, Jr) Parties notified.(JacquelineMata, 4) (Entered: 11/13/2023) |
| 11/13/2023 | Ï 5 | US Patent and Trademark Office Notified. AO 120, filed. (Attachments: # 1 Complaint) (JacquelineMata, 4) (Entered: 11/13/2023) |
| 11/14/2023 | Ï 6 | Summons Issued as to Global Lift Corp.. Issued summons delivered to plaintiff by NEF, filed.(DMcKinnieRichardson, 4) (Entered: 11/14/2023) |
| 11/16/2023 | Ï | The above entitled action is assigned to United States District Judge George C. Hanks, Jr. Attorneys and Pro Se individuals are responsible for complying with this Court's rules and procedures, specifically, under Rule 6. Motion Practice. B. Pre–Motion Conferences Required for Particular Motions. Please download and review the individual practices of the assigned District Judge, located at: *https://www.txs.uscourts.gov/sites/txs/files/GCH_Court_Procedures.pdf*. (Note: If clicking the link does not work, you can copy/paste the url into your web browser address bar to view the procedures.) (ByronThomas, 4) (Entered: 11/16/2023) |

| | | |
|---|---|---|
| 11/22/2023 | 7 | RETURN of Service of SUMMONS Executed as to Global Lift Corp. served on 11/15/2023, answer due 12/6/2023, filed.(Burow, Scott) (Entered: 11/22/2023) |
| 11/27/2023 | 8 | CERTIFICATE OF INTERESTED PARTIES by Ledge Lounger, Inc., filed.(Burow, Scott) (Entered: 11/27/2023) |
| 12/04/2023 | 9 | NOTICE of Appearance by Andy Tindel on behalf of Global Lift Corp., filed. (Tindel, Andy) (Entered: 12/04/2023) |
| 12/04/2023 | 10 | Unopposed MOTION for Extension of Time Response to Complaint by Global Lift Corp., filed. Motion Docket Date 12/26/2023. (Attachments: # 1 Proposed Order Granting Motion for Extension of Time)(Tindel, Andy) (Entered: 12/04/2023) |
| 12/04/2023 | 11 | NOTICE of Appearance by Thomas J Davis on behalf of Global Lift Corp., filed. (Davis, Thomas) (Entered: 12/04/2023) |
| 12/05/2023 | 12 | CORPORATE DISCLOSURE STATEMENT by Global Lift Corp., filed.(Davis, Thomas) (Entered: 12/05/2023) |
| 12/05/2023 | 13 | CERTIFICATE OF INTERESTED PARTIES by Global Lift Corp., filed.(Davis, Thomas) (Entered: 12/05/2023) |
| 12/05/2023 | 14 | ORDER granting 10 Motion for Extension of Time to Answer Complaint. (Answer due 12/20/2023 for Global Lift Corp.) (Signed by Judge George C Hanks, Jr) Parties notified. (ByronThomas, 4) (Entered: 12/06/2023) |
| 12/11/2023 | 15 | MOTION to Appear Pro Hac Vice for Matthew P. Becker (Fee Paid: $100, receipt number ATXSDC−30915813) by Ledge Lounger, Inc., filed. Motion Docket Date 1/2/2024. (Becker, Matthew) (Entered: 12/11/2023) |
| 12/12/2023 | 16 | ORDER granting 15 Motion for Matthew P. Becker to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**. (Signed by Judge George C Hanks, Jr) Parties notified. (ByronThomas, 4) (Entered: 12/12/2023) |
| 12/13/2023 | 17 | MOTION to Appear Pro Hac Vice for Christian T. Wolfgram (Fee Paid: $100, receipt number ATXSDC−30931645) by Ledge Lounger, Inc., filed. Motion Docket Date 1/3/2024. (Wolfgram, Christian) (Entered: 12/13/2023) |
| 12/19/2023 | 18 | REQUEST for pre−motion conference, filed. (Attachments: # 1 Exhibit A − Steinman Declaration)(Davis, Thomas) (Entered: 12/19/2023) |
| 12/19/2023 | 19 | ORDER granting 17 Motion for Christian T. Wolfgram to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**. (Signed by Judge George C Hanks, Jr) Parties notified. (ByronThomas, 4) (Entered: 12/19/2023) |
| 12/21/2023 | 20 | Letter Response *to 18 REQUEST for pre−motion conference* by Ledge Lounger, Inc., filed.(Becker, Matthew) (Entered: 12/21/2023) |
| 01/03/2024 | 21 | NOTICE of Referral of Motion to Magistrate Judge Andrew M Edison re 18 REQUEST for pre−motion conference, filed. (JeanetteGonzalez, 4) (Entered: 01/03/2024) |
| 01/03/2024 | 22 | NOTICE of Setting re: 20 Letter Response and 18 REQUEST for pre−motion conference. Parties notified. Pre−Motion Conference set for 1/8/2024 at 02:00 PM by video before Magistrate Judge Andrew M Edison, filed. (RubenCastro, 3) (Entered: 01/03/2024) |
| 01/08/2024 | 23 | Minute Entry for proceeding held before Magistrate Judge Andrew M Edison on January 8, 2024. Pre−motion Conference held re dkt 18 . Court granted leave for Defendant to file a motion to |

| | | |
|---|---|---|
| | | dismiss and/or Motion to transfer venue by 1/19/24, Plaintiff's response is due by 2/9/24 and Defendants' reply due by 2/16/2024. Appearances: Scott Burrow for Plaintiff, Thomas David and Andy Tindel for Defendants. (ERO: yes), filed. (RubenCastro, 3) (Entered: 01/08/2024) |
| 01/18/2024 | 24 | MOTION to Dismiss *or Transfer* by Global Lift Corp., filed. Motion Docket Date 2/8/2024. (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit A Nov. 6, 2023 Petition for Cancellation, Case No. 01447–0001, # 3 Exhibit B – Declaration of Joshua Steinman, # 4 Proposed Order Proposed Order Granting Defendant Global Lift Corp.s Motion to Dismiss or Transfer)(Davis, Thomas) (Entered: 01/18/2024) |
| 02/09/2024 | 25 | RESPONSE in Opposition to 24 MOTION to Dismiss *or Transfer*, filed by Ledge Lounger, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Burow, Scott) (Entered: 02/09/2024) |
| 02/16/2024 | 26 | REPLY in Support of 24 MOTION to Dismiss *or Transfer*, filed by Global Lift Corp.. (Davis, Thomas) (Entered: 02/16/2024) |
| 02/23/2024 | 27 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Ledge Lounger, Inc., filed.(Burow, Scott) (Entered: 02/23/2024) |
| 03/06/2024 | | Minute Entry for proceedings held before Magistrate Judge Andrew M Edison on March 6, 2024. Initial Conference held. Docket Control Order to be entered. Appearances: Scott Burow for Plaintiff, Thomas Davis and Andy Tindel for Defendant. (ERO: yes) (RubenCastro, 3) (Entered: 03/07/2024) |
| 03/06/2024 | 28 | DOCKET CONTROL ORDER. Jury. Amended Pleadings due by 1/8/2024. Joinder of Parties due by 1/8/2024 Pltf Expert Witness List due by 11/22/2024. Pltf Expert Report due by 11/22/2024. Deft Expert Witness List due by 1/17/2025. Deft Expert Report due by 1/17/2025. Discovery due by 2/21/2025. Dispositive Motion Filing due by 2/28/2025. Non–Dispositive Motion Filing due by 4/11/2025. Joint Pretrial Order due by 6/6/2025. Docket Call set for 6/13/2025 at 03:00 PM in Courtroom 9C before Judge George C Hanks Jr(Signed by Magistrate Judge Andrew M Edison) Parties notified.(AndyGould, 3) (Entered: 03/07/2024) |
| 03/20/2024 | 29 | MOTION to Appear Pro Hac Vice for Thomas E. Bejin (Fee Paid: $100, receipt number ATXSDC–31352928) by Global Lift Corp., filed. Motion Docket Date 4/10/2024. (Bejin, Thomas) (Entered: 03/20/2024) |
| 03/21/2024 | 30 | ORDER granting 29 Motion for Thomas E. Bejin to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge George C Hanks, Jr) Parties notified. (glc4) (Entered: 03/22/2024) |
| 04/23/2024 | 31 | NOTICE *of Letter to Magistrate Judge Edison Requesting a Status Conference* by Global Lift Corp., filed. (Davis, Thomas) (Entered: 04/23/2024) |
| 04/24/2024 | 32 | NOTICE of Setting re: 31 Notice. Parties notified. Status Conference set for 4/26/2024 at 12:30 PM by video before Judge George C Hanks Jr, filed. (bkt4) (Entered: 04/24/2024) |
| 04/26/2024 | 33 | Minute Entry for proceedings held before Judge George C Hanks, Jr. The Court held a status conference regarding docket entry 31 on 4/26/2024. Appearances: Andy Wade Tindel, Thomas John Davis, Scott Allan Burow.(ERO:yes), filed. (KimberlyPicota, 4) (Entered: 04/30/2024) |
| 05/13/2024 | 34 | ORDER TRANSFERRING CASE. The 24 Motion is Granted in Part and Denied in Part. The Court will TRANSFER this case to the UnitedStates District Court for the Eastern District of Michigan, Northern Division.(Signed by Judge George C Hanks, Jr) Parties notified. (KimberlyPicota, 4) (Entered: 05/13/2024) |
| 05/13/2024 | | Interdistrict transfer to Eastern District of Michigan, Northern Division. Case transferred electronically. Case terminated on 5/13/2024, filed. (KimberlyPicota, 4) (Entered: 05/13/2024) |