UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| **Ledge Lounger, Inc.,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**Global Lift Corp.**<br>　**d/b/a Global Pool Products,**<br><br>　　　　　　　Defendant. | Case No.  24-cv-11267<br><br>Hon. Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

### STIPULATED ORDER

WHEREAS, on November 10, 2023, Plaintiff Ledge Lounger, Inc. filed a Complaint against Defendant, Global Lift Corp. in the U.S. District Court for the Southern District of Texas. ECF No. 1;

WHEREAS, on May 13, 2024, District Judge George C. Hanks, Jr. of the Southern District of Texas, transferred this case to the Eastern District of Michigan, Northern Division. ECF No. 3;

WHEREAS, on June 7, 2024, Plaintiff filed a First Amended Complaint. ECF No. 8;

WHEREAS, on June 12, 2024, Defendant filed an Answer to Amended Complaint, Affirmative Defenses and Counterclaims, ECF No. 10;

WHEREAS, on July 3, 2024, Plaintiff filed a Motion to Dismiss Counterclaims for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6), ECF No. 14;

WHEREAS, on July 10, 2024, Defendant sought a Rule 7.1(a) conference regarding its intention to file a motion with respect to Plaintiff's pending motion to dismiss, wherein Defendant

- 1 -

informed Plaintiff that it intended to file an Amended Answer and Counterclaims, pursuant to Fed. R. Civ. P. 15(a)(1)(b), that would moot the Motion to Dismiss; AND

WHEREAS, pursuant to the parties' conference they have agreed to a resolution of their potential dispute without the need for Court intervention, in a manner that will not impact any of the current case deadlines;

IT IS HEREBY ORDERED that

(1) Plaintiff's Motion to Dismiss (ECF No. 14) is **withdrawn**;

(2) Defendant will file an Amended Answer, Affirmative Defenses, and Counterclaims by **July 24, 2024** (*i.e.*, within 21 days of the filing of Plaintiff's withdrawn Motion to Dismiss); and

(3) Plaintiff's withdrawal of its Motion to Dismiss is without prejudice to its ability to file a renewed motion to dismiss in response to Defendant's Amended Answer, Affirmative Defenses, and Counterclaims, if it so chooses after a review of the amended pleading.

**IT IS SO ORDERED.**

Dated: July 15, 2024                                              s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                 United States District Judge

- 3 -

**THE FOREGOING IS AGREED TO BY THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:**

Dated: July 11, 2024                                Respectfully submitted,

/s/Matthew P. Becker with consent            /s/Thomas J. Davis
Scott A. Burow (admitted)                           Thomas J. Davis (P78626)
Matthew P. Becker (admitted)                    KIENBAUM HARDY
Christian T. Wolfgram (admitted)               VIVIANO PELTON & FORREST, P.L.C.
BANNER & WITCOFF, LTD.                     280 N. Old Woodward Ave., Ste. 400
71 S. Wacker Dr., Ste. 3600                        Birmingham, MI 48009
Chicago, IL 60606                                       Tel: (248) 645-0000
Tel: (312) 463-5000                                    Fax: (248) 458-4581
Fax: (312) 463-5001                                   tdavis@khvpf.com
sburow@bannerwitcoff.com
mbecker@bannerwitcoff.com               Thomas E. Bejin (P56854)
cwolfgram@bannerwitcoff.com            BEJIN BIENEMAN P.L.C.
                                                                    2000 Town Center, Ste. 800
*Attorneys for Plaintiff Ledge Lounger, Inc.*   Southfield, MI 48075
                                                                    Tel: (313) 528-4882
                                                                    bejin@b2iplaw.com

                                                                    *Attorneys for Defendant Global Lift Corp.*

534223