UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ledge Lounger, Inc.,

            Plaintiff(s),

v.                                    Case No. 1:24-cv-11267-TLL-PTM
                                          Hon. Thomas L. Ludington

Global Lift Corp.,

            Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 7/10/2024, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                      s/Thomas L. Ludington
                                                      Thomas L. Ludington
                                                      U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Winslow
                                                        Case Manager

Dated: July 25, 2024