# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

**Ledge Lounger, Inc.,**

        **Plaintiff,**

  v.

**Global Lift Corp.**
  **d/b/a Global Pool Products,**

        **Defendant.**

Case No. 1:24-cv-11267-TLL-PTM

Hon. Thomas L. Ludington

Magistrate Judge Patricia T. Morris

## **STIPULATED ORDER**

WHEREAS, on July 24, 2024, Defendant, Global Lift Corp. filed its Amended Answer, Affirmative Defenses, and Counterclaims, ECF No. 20;

WHEREAS, Plaintiff, Ledge Lounger, Inc.'s responsive pleading to the Amended Answer, Affirmative Defenses, and Counterclaims is due on August 7, 2024;

WHEREAS, on August 2, 2024, Plaintiff sought a Local Rule 7.1(a) conference with Defendant regarding its intention to file a motion to dismiss with respect to the Amended Answer, Affirmative Defenses, and Counterclaims;

WHEREAS, the parties have scheduled a Local Rule 7.1(a) conference for August 7, 2024; and

WHEREAS, the parties have agreed to extend Plaintiff's deadline to file a responsive pleading until August 12, 2024, to allow the parties time to conduct the Local Rule 7.1(a) conference.

1

**IT IS HEREBY ORDERED** that Plaintiff may file its responsive pleading to Defendant's Amended Answer, AffirmativeDefenses, and Counterclaims by **August 12, 2024**.

**IT IS SO ORDERED**.

Dated: August 6, 2024                                              s/Thomas L. Ludington
                                                                                   THOMAS L. LUDINGTON
                                                                                   United States District Judge

**THE FOREGOING IS AGREED TO BY THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:**

Dated:  August 6, 2024                                              Respectfully submitted,

/s/ *Matthew P. Becker*                                          /s/ *Thomas Davis (with permission)*
John S. Artz   (P48578)                                           Thomas J. Davis (P78626)
DICKINSON WRIGHT LLC                                    KIENBAUM HARDY
350 S. Main  Street, Ste. 300                                  VIVIANO PELTON & FORREST, P.L.C.
Ann Arbor, MI 48104                                            280 N. Old Woodward Ave., Ste. 400
Telephone: (248) 433-7262                                    Birmingham, MI 48009
jsartz@dickinsonwright.com                                Tel: (248) 645-0000
                                                                              Fax: (248) 458-4581
Scott A. Burow (admitted)                                    tdavis@khvpf.com
Matthew P. Becker (admitted)
Christian T. Wolfgram (admitted)                       Thomas E. Bejin (P56854)
BANNER & WITCOFF, LTD.                                BEJIN BIENEMAN P.L.C.
71 S. Wacker Dr., Ste. 3600                                 2000 Town Center, Ste. 800
Chicago, IL 60606                                                 Southfield, MI 48075
Tel: (312) 463-5000                                               Tel: (313) 528-4882
Fax: (312) 463-5001                                              bejin@b2iplaw.com
sburow@bannerwitcoff.com
mbecker@bannerwitcoff.com                            Attorneys for Defendant Global Lift Corp.
cwolfgram@bannerwitcoff.com

Attorneys for Plaintiff Ledge Lounger, Inc.

2