UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| LEDGE LOUNGER, INC., | Case No. 24-cv-11267 |
| Plaintiff/Counterclaim Defendant, | Hon. Thomas L. Ludington |
| v. | Magistrate Judge Patricia T. Morris |
| GLOBAL LIFT CORP. d/b/a GLOBAL POOL PRODUCTS, | |
| Defendant/Counterclaim Plaintiff. | |

**Stipulated Order Extending Time for Global Lift Corp. to Respond to Ledge Lounger Inc.'s Motion to Dismiss Counterclaims**

WHEREAS on August 12, 2023, Plaintiff/Counterclaim-Defendant Ledge Lounger, Inc. ("Ledge") filed its Motion to Dismiss Counterclaims for Failure to State a Claim for Relief, ECF No. 25;

WHEREAS Defendant/Counterclaim-Plaintiff Global Lift Corp.'s ("Global") response brief is due on September 3, 2024;

WHEREAS Global's lead counsel has four out-of-state depositions in another federal lawsuit that he is either taking or assisting with over the next two weeks;

WHEREAS to accommodate counsel's schedule, Global seeks to extend the deadline to respond to Ledge's motion to Monday, September 16, 2024; AND

1

WHEREAS Ledge's counsel stipulates to Global's request for additional time to respond to the motion;

IT IS HEREBY ORDERED that Global's response to Ledge's Motion to Dismiss Counterclaims (ECF No. 25) will now be due on September 16, 2024.

**IT IS SO ORDERED**.

Dated: August 14, 2024

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

## THE FOREGOING IS AGREED TO BY THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

Dated: August 14, 2024              Respectfully submitted,

/s/*Matthew P. Becker with permission*     /s/*Thomas J. Davis*
Scott A. Burow (admitted)               Thomas J. Davis (P78626)
Matthew P. Becker (admitted)          KIENBAUM HARDY VIVIANO
Christian T. Wolfgram (admitted)       PELTON & FORREST, P.L.C.
BANNER & WITCOFF, LTD.            280 N. Old Woodward Ave., Ste. 400
71 S. Wacker Dr., Ste. 3600            Birmingham, MI 48009
Chicago, IL 60606                      Tel: (248) 645-0000
Tel: (312) 463-5000                  Fax: (248) 458-4581
Fax: (312) 463-5001                 tdavis@khvpf.com
sburow@bannerwitcoff.com
mbecker@bannerwitcoff.com
cwolfgram@bannerwitcoff.com

John S. Artz (P48578)                Thomas E. Bejin (P56854)
DICKINSON WRIGHT LLC            BEJIN BIENEMAN P.L.C.
350 S. Main Street, Ste. 300           2000 Town Center, Ste. 800
Ann Arbor, MI 48104                 Southfield, MI 48075
Telephone: (248) 433-7262           Tel: (313) 528-4882
jsartz@dickinsonwright.com          bejin@b2iplaw.com

*Attorneys for Plaintiff/Counterclaim Defendant.*      *Attorneys for Defendant/Counterclaim-Plaintiffs*