UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEDGE LOUNGER, INC.,

Plaintiff/Counterclaim Defendant,

v.

GLOBAL LIFT CORP. d/b/a
GLOBAL POOL PRODUCTS,

Defendant/Counterclaim Plaintiff.

Case No. 24-cv-11267

Hon. Thomas L. Ludington

Magistrate Judge Patricia T. Morris

---

| | |
|---|---|
| BANNER & WITCOFF, LTD.<br>By: Scott A. Burow<br>    Matthew P. Becker<br>    Christian T. Wolfgram<br>71 S. Wacker Dr., Ste. 3600<br>Chicago, IL 60606<br>(312) 463-5000<br>sburow@bannerwitcoff.com<br>mbecker@bannerwitcoff.com<br>cwolfgram@bannerwitcoff.com<br><br>Attorneys for Plaintiff/<br>Counterclaim Defendant | KIENBAUM HARDY<br>VIVIANO PELTON & FORREST,<br>P.L.C.<br>By: Thomas J. Davis (P78626)<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>tdavis@khvpf.com<br><br>BEJIN BIENEMAN PLC<br>By: Thomas E. Bejin (P56854)<br>2000 Town Center, Ste. 800<br>Southfield, MI 48075<br>(313) 528-4882<br>bejin@b2iplaw.com<br><br>Attorneys for Defendant/<br>Counterclaim Plaintiff |

---

**Global Lift Corp.'s Notice of Supplemental Authority**

Defendant/Counterclaim Plaintiff Global Lift Corp., in further support of its request for sanctions under 28 U.S.C. § 1927 set forth in its response to Ledge Lounger's motion to dismiss, submits the following supplemental authority:[1]

In *Meathe v. Ret*, 547 F. App'x 683, 691 (6th Cir. 2013), the Sixth Circuit held that a party's "argument that the subject of sanctions was never placed squarely before the [district] court are flawed. A separate motion is not necessarily required to request § 1927 sanctions." It held, instead, that the non-movant placed the issue before the court by squarely raising sanctions in its response brief. *Id.*; *accord, e.g.*, *Harvey v. CNN, Inc.*, 48 F.4th 257, 279 (4th Cir. 2022) (adopting *Meathe*).

Respectfully submitted,

/s/*Thomas J. Davis*
Thomas J. Davis (P78626)
KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
tdavis@khvpf.com
Attorney for Global Lift Corp.

Dated: October 1, 2024

---

[1] This Court has accepted such notices of supplemental authority in prior cases. *See Counts v. Gen. Motors, LLC*, 237 F. Supp. 3d 572, 584 (E.D. Mich. 2017) (Ludington, J.); *cf.* Fed. R. App. P. 28(j) (permitting parties to file citations of supplemental authorities after a brief has been filed).

## Certificate of Service

I hereby certify that on October 1, 2024, I electronically filed this document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/Thomas J. Davis*
Thomas J. Davis (P78626)
Kienbaum Hardy
Viviano Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI  48009
(248) 645-0000
tdavis@khvpf.com

542225