UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ledge Lounger, Inc.,

                Plaintiff(s),

v.                                               Case No. 1:24−cv−11267−TLL−PTM
                                               Hon. Thomas L. Ludington

Global Lift Corp.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Patricia T. Morris for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Compel – #32

                                                   s/Thomas L. Ludington
                                                 Thomas L. Ludington
                                                 United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                   s/K Winslow
                                                 Case Manager

Dated:   October 17, 2024