# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

LEDGE LOUNGER, INC.,

Plaintiff/Counterclaim Defendant,

v.

GLOBAL LIFT CORP. d/b/a
GLOBAL POOL PRODUCTS,

Defendant/Counterclaim Plaintiff.

Case No. 24-cv-11267

Hon. Thomas L. Ludington

Magistrate Judge Patricia T. Morris

---

BANNER & WITCOFF, LTD.
By: Scott A. Burow
    Matthew P. Becker
    Christian T. Wolfgram
71 S. Wacker Dr., Ste. 3600
Chicago, IL 60606
(312) 463-5000
sburow@bannerwitcoff.com
mbecker@bannerwitcoff.com
cwolfgram@bannerwitcoff.com


Attorneys for
Plaintiff/Counterclaim Defendant

KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.
By: Thomas J. Davis (P78626)
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
tdavis@khvpf.com

TAFT STETTINIUS & HOLLISTER LLP
By: Thomas E. Bejin (P56854)
27777 Franklin Rd. Suite 2500
Southfield, Michigan 48034
(248) 351-3000
TBejin@taftlaw.com

Attorneys for Defendant/Counterclaim Plaintiff

---

## **STIPULATED ORDER**

WHEREAS, on October 10, 2024, Defendant/Counterclaim Plaintiff Global Lift Corp. ("Global") filed a Motion to Compel re: Ledge Lounger's Untimely Responses to Requests for Admissions (ECF No. 32);

WHEREAS Plaintiff/Counterclaim Defendant Ledge Lounger, Inc. ("Ledge Lounger") opposed the motion (ECF No. 35);

WHEREAS, on October 17, 2024, the Court referred the motion to Magistrate Judge Patricia T. Morris (ECF No. 33);

WHEREAS, on October 18, 2024, Judge Morris issued a Notice to Appear for Motion Hearing that required the parties to engage in a further meet-and-confer in an attempt to resolve the motion (ECF No. 34); and

WHEREAS the parties complied with Judge Morris's Notice and have now resolved the motion on agreed-to terms;

IT IS HEREBY ORDERED that

(1) Any untimeliness of Ledge Lounger's Responses to Global's Requests for Admissions is excused;

(2) Ledge Lounger will serve answers to the Requests for Admissions by Monday, November 11, 2024;

(3) To the extent that Ledge Lounger admits the requests, Ledge Lounger is not precluded from raising arguments that the admissions are not relevant to Global's counterclaims or are inadmissible;

-1-

-2-

(4)  Plaintiff's Motion to Compel (ECF No. 32) is withdrawn as moot and the forthcoming motion hearing scheduled for November 18, 2024 is cancelled.

IT IS SO ORDERED.

Date: November 12, 2024                                       <u>s/ Patricia T. Morris</u>
                                                                                   Patricia T. Morris
                                                                                   United States Magistrate Judge

**THE FOREGOING IS AGREED TO BY THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:**

Dated: November 8, 2024                                  Respectfully submitted,

| | |
|---|---|
| */s/Matthew P. Becker with consent* | */s/Thomas J. Davis* |
| Scott A. Burow (admitted) | Thomas J. Davis (P78626) |
| Matthew P. Becker (admitted) | KIENBAUM HARDY |
| Christian T. Wolfgram (admitted) | VIVIANO PELTON & FORREST, P.L.C. |
| BANNER & WITCOFF, LTD. | 280 N. Old Woodward Ave., Ste. 400 |
| 71 S. Wacker Dr., Ste. 3600 | Birmingham, MI 48009 |
| Chicago, IL 60606 | Tel: (248) 645-0000 |
| Tel: (312) 463-5000 | Fax: (248) 458-4581 |
| Fax: (312) 463-5001 | tdavis@khvpf.com |
| sburow@bannerwitcoff.com | |
| mbecker@bannerwitcoff.com | Thomas E. Bejin (P56854) |
| cwolfgram@bannerwitcoff.com | TAFT STETTINIUS & HOLLISTER LLP |
| | 27777 Franklin Rd. Suite 2500 |
| *Attorneys for Plaintiff/Counterclaim Defendant Ledge Lounger, Inc.* | Southfield, Michigan 48034 |
| | (248) 351-3000 |
| | TBejin@taftlaw.com |
| | |
| | *Attorneys for Defendant/Counterclaim Plaintiff Global Lift Corp.* |

549827